MN-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Ellis, Jackie Ann**  Chapter 7 Case No. **08-35175**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| American Infosource<br>Agent for Target<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 1 | $303.51 | $3.38 |
| Mankato Clinic Ltd.<br>1230 East Main Street<br>Box 3283<br>Mankato, MN 56002 | 5 | $76.22 | $.85 |
| Recovery Management Systems Corp<br>For GE Money Bank dba American Eagle<br>25 SE 2nd Ave Ste. 1120<br>Miami, FL 33131 | 6 | $164.16 | $1.83 |

Dated: May 10, 2010

_____
PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111